IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, § § Plaintiff, § § v. § § **$195,500.00 in funds seized from the** § **Collin County Registry of the Court, for** § **Cause Number 380-02928-11,** § *Orphan House Productions, LLC v.* § *Hamilton Guaranty Capital, LLC, et al.*, § § Defendant *in rem*. § | Civil Action No. **3:20-CV-2743-L-BT** |

## **ORDER**

Before the court is Plaintiff United States of America's (the "Government") Motion for Final Judgment of Forfeiture ("Motion") (Doc. 11), filed December 11, 2020. On March 10, 2021, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered, recommending that the court grant the Government's Motion "with respect to Defendant in rem $195,500.00 in funds seized from the Collin County Registry of the Court, for cause number 380-02928-11, *Orphan House Productions, LLC v. Hamilton Guaranty Capital, LLC[,] et al.* (the "Defendant Property")." Report 1. The Report further recommends that the court "order that against all possible claimants all right, title, and interest in the Defendant Property are forfeited to the Government pursuant to 18 U.S.C. § 981(a)(1)(C)," and that "the District Court should order the United States Marshals Service to dispose of the Defendant Property accordingly." *Id.* at 3.

Having considered the Motion, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them

as those of the court.  Accordingly, the court **grants** the Government's Motion; **orders** that all right, title, and interest in the Defendant Property by any and all possible claimants are hereby **forfeited**, pursuant to 18 U.S.C. § 981(a)(1)(C); and that the Government has the sole right, title, and interest to the Defendant Property.  It is further **ordered** that the United States Marshals Service (or its designee) **shall** dispose of the Defendant Property accordingly.

    **It is so ordered** this 25th day of March, 2021.

                                                             Sam A. Lindsay
                                                             United States District Judge